# In the United States Court of Federal Claims

No. 07-777C

(Filed: December 17, 2015)

```
************************************
                                   *
METCALF CONSTRUCTION CO., INC.,    *
                                   *
               Plaintiff,          *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
               Defendant.          *
                                   *
************************************
```

DISMISSAL ORDER

On December 16, 2015, counsel for the parties filed a joint motion to dismiss with prejudice under Rule 41(a)(1)(ii). The parties' motion is GRANTED. The case is hereby DISMISSED with prejudice. Each party shall bear its own costs, attorneys' fees, and expenses.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge